No. 01-6742. BURKLEY *v.* MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01-6745. COLEMAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01-6751. DAVIS *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01-6755. MURPHY *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 01-6756. CARRO *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 01-6763. ARONOVSKY *v.* NGUYEN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01-6766. ROBENSON *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 01-6776. LAYTON *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 01-6778. POST *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 01-6779. F. K., MOTHER *v.* IOWA DISTRICT COURT FOR POLK COUNTY. Sup. Ct. Iowa. Certiorari denied.

No. 01-6782. CARRY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01-6784. DONALDSON *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01-6788. ROSALES *v.* CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01-6793. PINCKNEY *v.* SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.